Robert B. Jobe (Cal. State Bar #133089)
Chelsea E. HaleyNelson (Cal. State Bar #23813)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
Tel: (415) 956-5513
Fax: (866) 284-1910
Email: bob@jobelaw.com

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER GOMEZ,<br>LETICIA HERNANDEZ DE GOMEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY ET AL.,<br><br>    Defendants. | No.   C 06-07221 EMC<br><br>MOTION FOR VOLUNTARY DISMISSAL AND [~~PROPOSED~~] ORDER |

    Pursuant to Civil Local Rule 7, Plaintiffs Javier Gomez et al., through counsel, request that their mandamus complaint currently pending before the Court be dismissed without prejudice. Subsequent to the filing of this mandamus complaint, counsel for petitioners was informed that Ms. Hernandez de Gomez's applications for I-601 and I-212 waivers have been adjudicated. Therefore, Plaintiffs are no longer alleging that the U.S. Citizenship and Immigration Services is illegally delaying the adjudication of Ms. Hernandez de Gomez's waiver applications.

    WHEREFORE, Plaintiffs pray that this Court allow them to voluntarily dismiss their mandamus complaint, without prejudice.

1 | DATED: January 19, 2007          /s/
2 |                                           Robert B. Jobe
3 |                                           LAW OFFICE OF ROBERT JOBE
  |       550 Kearny Street, Ste. 200
  |       San Francisco, CA 94108
4 |       (415) 956-5513

5             Attorney for Plaintiffs

### [P~~ROPO~~SED] ORDER

IT IS HEREBY ORDERED that Plaintiffs' motion for dismissal of the action without prejudice be granted.

DATED:     January 22, 2007

EDWARD ~~M. CHEN~~
UNITED S~~TATES MAGISTRATE JUDGE~~

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

2